FILED
2013 Oct-09  AM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN D. BENTLEY,           ) | |
| ) | |
| Plaintiff           ) | |
| ) | |
| vs.           ) | |
| )           | Case No.  2:13-cv-00346-VEH |
| NATIONAL APPLICATION           ) | |
| PROCESSING & SCREENING,     ) | |
| INC.,           ) | |
| ) | |
| Defendant           ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. 19), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, costs taxed as paid.

DONE this 9th day of October, 2013.

**VIRGINIA EMERSON HOPKINS**
United States District Judge